| | | |
|---|---|---|
| BUILDING SERVICE 32BJ HEALTH FUND, ET AL, | Plaintiff(s) | INDEX# 07 CIV 8380 |
| against | | Date filed 9/27/2007 |
| 76-66 AUSTIN OWNERS CORP., ET AL, | Defendant(s) | |

| | |
|---|---|
| STATE OF NEW YORK | COUNTY OF ALBANY |

## SECRETARY OF STATE   -   AFFIDAVIT OF SERVICE

**PAUL SANTSPREE JR.** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on   **12/19/2007** at **4:20 PM**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

**SUMMONS IN A CIVIL CASE AND COMPLAINT**

on **725 REALTY CO., LLC, Defendant** in this action.

By delivering to and leaving with   **CHAD MATICE**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 303 LLC

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

**Description**   Description of the Recipient is as follows:

A Male with White skin, Black hair, who is approximately 25 years of age and has an approximate height of 6' 1" and approximate weight of 190 pounds.

Other identifying features are as follows: Glasses.

PAUL SANTSPREE JR.
Process Server

State of New York
County of Albany

Sworn to before me on this 19th day of December, 2007

Notary Public

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2009

Barbara M. Santspree
Notary Public, State of New York
No. 01SA6071764
Qualified in Albany County
Commission Expires March 25, 2010

SPC INVESTIGATIONS AND SECURITY INC. - 9 INWOOD STREET - YONKERS, NY 10704 - 914-423-5676