# RAAB, STURM & GOLDMAN, LLP

COUNSELORS AT LAW

317 MADISON AVENUE. SUITE 1708

NEW YORK, N.Y. 10017

(212) 683-6699

FAX (212) 779-8596

RONALD RAAB*
IRA A. STURM**
RONALD A. GOLDMAN

---

* ADMITTED NY, NJ AND FLA
** ADMITTED NY AND FLA
*ADMITTED IN NY AND NJ
**ADMITTED IN NY AND CT

MAURA E. BREEN**
ARI D. GANCHROW*
MICHAEL GEFFNER
NANCY STRASFELD*

---

CLIFFORD S. BART
OF COUNSEL

January 15, 2008

*[handwritten note]*

***Via fax, (212) 805-7942***
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    ***Building Service 32BJ v. 76-66 Austin Owners et al***
       ***07 Civ. 8380 (AKH)***

Dear Judge Hellerstein:

This firm is counsel to the Building Service 32BJ Benefit Funds, plaintiffs in the above-referenced case. The case is scheduled for Case Management conference for this Friday, January 18, 2008, at 9:30 A.M.

As of today, defendants have not answered or otherwise appeared in the action. I have spoken several times, however, with the principal owner of the various corporate defendants about the matter, and the parties have informally exchanged documents and information. Representatives of the parties will be meeting at plaintiffs' office this Thursday, January 17, in an effort to agree on defendants' liability, if any, and hopefully resolve the dispute without litigation.

Under these circumstances, both parties feel that it might be practical to adjourn the conference, for a period of no more than 30 days, pending the parties' settlement efforts, particularly since defendants have not made an appearance. I will, of course, be guided by the Court's preference, and will appear this Friday if the Court wishes the conference to go forward.

Please advise, and thank you for your kind attention.

Very truly yours,

*[signature]*

Michael Geffner

cc    Joel Weiner

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08