UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
BUILDING SERVICE 32BJ HEALTH FUND; :
BUILDING SERVICE 32BJ PENSION FUND; :
BUILDING SERVICE 32BJ LEGAL SERVICES :
FUND; THOMAS SHORTMAN TRAINING &
SCHOLARSHIP FUND; BUILDING SERVICE :
32BJ SUPPLEMENTAL RETIREMENT &
SAVINGS FUND, :

               Plaintiffs, :

   -against- :   07 Civ. 8380 (AKH)

76-66 AUSTIN OWNERS CORP; :   **STIPULATION EXTENDING TIME TO**
30 ROAD REALTY Co., LLC;    **RESPOND TO COMPLAINT**
80-05 35 AVENUE REALITY Co.,
LLC; 80-06 35 AVENUE REALITY Co., LLC; :
HILLSIDE REALTY I Co., LLC;
660 REALTY Co., LLC; 668 REALTY Co., LLC; :
690 REALTY Co., LLC; 700 REALTY Co., LLC;
706 REALTY Co., LLC; 725 REALTY Co., LLC; :
801 REALTY Co., LLC; 807 REALTY Co., LLC;
812 REALTY Co., LLC; 835 REALTY Co., LLC; :
JORALEMON REALTY NY, LLC :

               Defendants.
----------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the last day for Defendants to answer, move or otherwise respond to Plaintiffs Complaint, is extended to and including February 20, 2008. A fully executed copy of this stipulation will have the same force and effect as the original and may be filed with the Court without further notice.

|  |  |
|---|---|
| Dated: New York, New York<br>January 31, 2008 | Dated: New York, New York<br>January 31, 2008 |
| RAAB, STURM & GOLDMAN, LLP | McDERMOTT WILL & EMERY LLP |
| _____<br>Michael Geffner (6785)<br>317 Madison Avenue<br>Suite 1708<br>New York, New York 10017<br>(212) 683-6699 | _____<br>Joel E. Cohen (JEC 5312)<br>Leslie J. New (LN 4522)<br>340 Madison Avenue<br>New York, New York 10173<br>(212) 547-5400 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**SO ORDERED.**

_____
USDJ
2/5/08

NYK 1144365-1.054475.0011