# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Leslie J. New
lnew@mwe.com
212.547.5621



February 25, 2008

**VIA HAND DELIVERY**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

_/s/ Alvin K. Hellerstein_
Alvin K. Hellerstein, U.S.D.J.
Date: 2/26/08

Re:  Building Service 32BJ Health Fund *et al* v. 76-66 Austin Owners Corp. *et al*
     07 CV 08380 (AKH)

Dear Judge Hellerstein:

Our firm represents Defendants, 76-66 Austin Owners Corp. *et al*, in the above-referenced matter, and we write on behalf of both parties to respectfully request that the conference that is presently scheduled on February 29, 2008 be adjourned.

This request for adjournment is being made because the parties have reached a settlement and are in the process of memorializing the agreement. Accordingly, we respectfully state that an initial conference is unnecessary. This request represents the second request for an adjournment of this conference. The previous request was made by Plaintiffs' attorney, Michael Geffner, because the parties were in the midst of settlement discussions.

We appreciate the Court's attention in this regard.

Respectfully submitted,

Leslie J. New

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/08

cc:   Michael E. Geffner, Esq. (via electronic mail)

U.S. practice conducted through McDermott Will & Emery LLP.
340 Madison Avenue  New York, New York  10173-1922  Telephone: 212.547.5400  Facsimile: 212.547.5444  www.mwe.com