

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

BUILDING SERVICE 32BJ HEALTH FUND;  :
BUILDING SERVICE 32BJ PENSION FUND;  :
BUILDING SERVICE 32BJ LEGAL SERVICES  :       07 Civ. 8380 (AKH)
FUND; THOMAS SHORTMAN TRAINING &  :
SCHOLARSHIP FUND; BUILDING SERVICE 32BJ  :
SUPPLEMENTAL RETIREMENT & SAVINGS  :        **STIPULATION AND**
FUND,                                    :        **ORDER OF**
                                         :        **DISCONTINUANCE**
            Plaintiffs,                  :        **OF CLAIMS WITH**
                                         :        **PREJUDICE**
      -against-                          :
                                         :
76-66 AUSTIN OWNERS CORP;                :
30 ROAD REALITY Co., LLC;                :
 80-05 35 AVENUE REALITY Co.,            :
LLC; 80-06 35 AVENUE REALITY Co., LLC;   :
HILLSIDE REALTY I Co., LLC;              :
660 REALTY Co., LLC; 668 REALTY Co., LLC; 690  :
REALTY Co., LLC; 700 REALTY Co., LLC; 706  :
REALTY Co., LLC; 725 REALTY Co., LLC; 801  :
REALTY Co., LLC; 807 REALTY Co., LLC; 812  :
REALTY Co., LLC; 835 REALTY Co., LLC;    :
JORALEMON REALTY NY, LLC                 :
                                         :
            Defendants.                x
-----------------------------------------------------------------

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the

respective parties herein that the above-entitled action be discontinued with prejudice in

accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs or

attorneys' fees to any party.

Dated: New York, New York
    February \_\_\_, 2008

RAAB, STURM & GOLDMAN, LLP

_____
Michael Geffner (6785)
317 Madison Avenue
Suite 1708
New York, New York 10017
(212) 683-6699

*Attorneys for Plaintiff*

Dated: New York, New York
    ~~February~~ *l* , 2008
    *Apri l*
McDERMOTT WILL & EMERY LLP

_____
Joel E. Cohen (JEC 5312)
Leslie J. New (LN 4522)
340 Madison Avenue
New York, New York 10173
(212) 547-5400

*Attorneys for Defendants*

So Ordered: _____
    Honorable Alvin K. Hellerstein, U.S.D.J.
    4-4-08

NYK 1146728-1.054475.0011

- 6 -